IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Sharné Louise Niblock, | ) | C/A No.: 3:16-cv-01644-JMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Officer Deputy Perry, Angela Nazzery-Scott, Shanett Smith, and Barbretta Cook, all in their official and individual capacities, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the court on the motions of Sharné Louise Niblock ("Plaintiff") for entry of default judgment against Angela Nazzery-Scott ("Scott"), Shanett Smith ("Smith"), and Barbretta Cook ("Cook") ("Defendants") [ECF Nos. 35, 36]. Defendants argue the motions should be denied for Plaintiff's failure to properly serve the summons and complaint. In light of the procedural history of this case as outlined in Defendants' response to the motions, the court denies Plaintiff's motions and directs Defendants to file their answers/responsive pleadings by February 22, 1017.

Plaintiff also filed a motion for substitution of Maya Angelou Simone ("Simone") [ECF No. 33]. The court denies Plaintiff's motion to substitute at this time for failure to state any claims against Simone.

IT IS SO ORDERED.

February 6, 2017                                Shiva V. Hodges
Columbia, South Carolina                    United States Magistrate Judge